**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: S.R.T., A MINOR  :  No. 475 EAL 2015
:
:
:
PETITION OF: W.Y.O., MOTHER     :  Petition for Allowance of Appeal from
:  the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.